Exhibit "1"

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ANDREWS, THOMAS EDWARD | | Reg #: | 24601-081 |
| Date of Birth: | 01/02/1976 | Sex:   M   Race: WHITE | Facility: | LOM |
| Encounter Date: | 02/22/2017 09:01 | Provider: Cabeen, James DO/CD | Unit: | A04 |

Heart: RRR w/o only mild but audible pan-systolic murmer consistent w/ VSD.

Lungs CTAB w/o W/R/R.

Skin: dry & warm, no J/C/P, no open lesions.

Neuro: intact, no focal/lateralizing deficits noted or elicited. Occasional stutter.

Psych: grossl normal - he displays some depression & anxiety but seems well-compensated.

**ASSESSMENT:**

Edema, unspecified, R609 - Current
Heart disease, unspecified, I519 - Current
Overweight, E663 - Current
Post-traumatic stress disorder, F4310 - Current
Unspecified mood [affective] disorder, F39 - Current

COPY
Sensitive But Unclassified
SBU

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | DULoxetine Delayed Release Capsule | 02/22/2017 09:01 | 30 mg Orally Mouth - daily x 30 day(s) |

Indication: Unspecified mood [affective] disorder

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 245361-LOX | Citalopram 20 MG Tab | 02/22/2017 09:01 | Take one tablet (20 MG) by mouth each day |

Discontinue Type:   When Pharmacy Processes
Discontinue Reason: Order changed
Indication:

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Compression garment - leg | One Time | | chronic recurrent lower extremity edema, previously well-treated w/ use of knee-high compression hose | Cabeen, James DO/CD |

**Disposition:**

Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/22/2017 | Counseling | Plan of Care | Cabeen, James | Verbalizes Understanding |

We will start a trial of low-dose Cymbalta (duloxetine) for mood and pain issues - hopefully we can increase it from 30 to 60 mg daily after ~3-6 weeks.

# Bureau of Prisons
## Health Services
### Medical Duty Status

Reg #: 24601-081          Inmate Name: ANDREWS, THOMAS EDWARD

**Housing Status**

- . confined to the living quarters except __meals __pill line __treatments   Exp. Date: _____
- __ on complete bed rest: __bathroom privileges only   Exp. Date: _____
- **X** cell: __cell on first floor __single cell **X** lower bunk __airborne infection isolation   Exp. Date: 06/25/2021
- **X** other: Bottom bunk: +40% BMI   Exp. Date: _____

**Physical Limitation/Restriction**

- __ all sports   Exp. Date: _____
- __ weightlifting: __upper body __lower body   Exp. Date: _____
- __ cardiovascular exercise: __running __jogging __walking __softball __football __basketball __handball __stationary equipment   Exp. Date: _____
- __ other: _____   Exp. Date: _____

**May have the following equipment in his/her possession:**

**Work Restriction/Limitation:**

Cleared for Food Service: Yes

| Restriction | Expiration Date |
|---|---|
| Medical Idle | 07/03/2020 |

Comments: Bottom bunk: +40% BMI

Blitch, Hilary RN, IOP/IDC                         06/26/2020
Health Services Staff                              Date

Inmate Name: **ANDREWS, THOMAS EDWARD**   Reg #: **24601-081**   Quarters: **A03**

*ALL EXPIRATION DATES ARE AT 24:00*

Exhibit "2"