Exhibit "3"

*Warden* *Camp*

TRULINCS 24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

---

FROM: 24601081
TO: AW Operations
SUBJECT: ***Request to Staff*** ANDREWS, THOMAS, Reg# 24601081, LOM-A-A
DATE: 04/10/2020 05:18:32 PM

To: Warden B. von Blanckensee
Inmate Work Assignment: Maint 1

I, Thomas E Andrews, request that I be considered for home confinement for the remainder of my sentence pursuant to the CARES Act of 2020 based on the criteria outlined below.

I currently have a heart impairment that qualifies under the CDC guidelines and my BMI is significantly over 40.

1. I was born with an inoperable ventricular septal heart defect. At that time, and to this day, the risk to repair this defect outweighed the risk to my life. This defect was again reviewed in 1999, at which time my physician suggested annual monitoring of the progress of the defect. I undertook this annual monitoring until I was incarcerated here at Lompoc. On April 1, 2020, I requested that my medical records be forwarded to the Medical Department here. Additionally, on April 6, 2020, a second set of my medical records were faxed to the camp by my attorney, Mr. Gregory Skordas. Were I to contract the COVID-19 virus, this heart defect could make it difficult or impossible to resuscitate me. Additionally, this heart defect makes me more susceptible to bronchitis and pneumonia when I contract a cold or the flu.

In addition to my heart defect, my BMI is significantly over 40; this health risk is specifically enumerated by the CDC as a risk for potential COVID-19 patients. My morbid obesity makes it impossible for me to breath easily and puts additional strain on my heart that my physicians would prefer not to happen. If I were to contract COVID-19, I fear that I would contract pneumonia and quite possibly die.

2. My security level at camp is minimum.

3. My conduct here at camp has been exemplary and I have not received any type of administrative censures.

4. My PATTERN score is minimum and I am eligible for the benefits of the CARES Act.

5. I am currently enrolled in the Waste Water Treatment Program and will receive a certification as a Waste Water Treatment Operator by the California Office of Water Programs. This certificate will give me a career as a Water Treatment Operator. This career will eliminate any risk of recidivism and maximize the public safety. Upon release, I will be living with my wife of eight years at 19262 Brae Glen, Santa Ana, CA 92705 (714) 396-3939. This home will have my wife and three children. This location will significantly decrease the risk of my catching the COVID-19 virus. If I were to contract the disease, I have access to my local physician and hospitals to assist with my care. I will have heath heath insurance available through my wife work.

6. I was convicted of a white collar crime and currently pose no risk whatsoever to the community as a whole.

Accordingly, I request home confinement under the CARES Act based on the medical conditions listed above and the other objective factors discussed in this email.

Thank you for your consideration.

CC Greg Skordas ESQ. by US Mail
    Unit Team by internal mail

*You are currently pending relocation. Once that is approved we can submit your RRC/HC referral.*

*[signature] 7/13/20*

48