Exhibit "4"

KAMALA D. HARRIS
CALIFORNIA

WWW.HARRIS.SENATE.GOV

United States Senate

COMMITTEE ON HOMELAND SECURITY
AND GOVERNMENTAL AFFAIRS

COMMITTEE ON THE JUDICIARY

SELECT COMMITTEE ON INTELLIGENCE

COMMITTEE ON THE BUDGET

July 24, 2020

Mr. Thomas Andrew Reg. 24601-081
3705 West Farm Road
Lompoc, CA 93436-2756

Dear Mr. Reg. 24601-081,

I am forwarding on to you the response I have received about your case.

> *"[Mr.] Andrews has been reviewed under the CARES Act and found eligible. However, they are currently waiting for his relocation to be accepted from USPO, which was sent out on June 11, 2020. It seems he has changed his address a bunch of times and this has greatly slowed the process down. Once the approval comes back for the relocation, they will then send over to RRMB to process for a supervision spot for home confinement."*

At this time, I recommend you continue working directly with your Case Management team, as they are best suited to address your needs.

I also wanted to inform you that I have called on the Trump administration to take reasonable steps to reduce the incarcerated population and guard against potential exposure to the coronavirus. I have urgently written several letters to Federal Bureau of Prisons Director, Michael Carvajal, emphasizing the need for rapid action to provide medical equipment and care facilities at BOP facilities. Additionally, I have sent a letter with other colleagues in the United States Senate to Director Carvajal urging him to release system-wide demographic data of the number of incarcerated people and staff impacted by COVID-19. Lastly, I wanted to let you know that I have written to Attorney General William Barr and Director Michael Carvajal pressing for answers on the procedure for transferring incarcerated individuals to home confinement amid the COVID-19 crisis.

If you have further questions you may wish to contact your Case Management team directly. I am sorry if this was not the response you had hoped for. If there is some way I can assist you on another federal matter, please feel free to contact me again.

Sincerely,

Kamala D. Harris
United States Senator

KDH/KP