Exhibit "5"

TRULINCS 24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

---

FROM: Camp Unit
TO: 24601081
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/12/2020 08:37:03 AM

A relocation was sent on 6/11/2020. After your father died, you provided another address. We are waiting for a letter from the person you are proposing to live with, stating their willingness to have you live with them.

>>> ~^!"ANDREWS, ~^!THOMAS EDWARD" <24601081@inmatemessage.com> 8/8/2020 6:42 PM >>>
To: Mrs Rodes
Inmate Work Assignment: main -1

My family is telling me that "Utah USPO" said they do not have a relocation for me?