Exhibit "6"

TRULINCS 24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

----------------------------------------------------------------------------------------

FROM: Camp Unit
TO: 24601081
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/12/2020 10:27:03 AM

A relocation was sent on 6/11/2020. After your father died, you provided another address. We are waiting for a letter from the person you are proposing to live with, stating their willingness to have you live with them.
Also, you are sentenced out of Utah correct?   A relocation is not needed if you are going to your sentencing district.

>>> ~^!"ANDREWS, ~^!THOMAS EDWARD" <24601081@inmatemessage.com> 8/8/2020 6:42 PM >>>
To: Mrs Rodes
Inmate Work Assignment: main -1

My family is telling me that "Utah USPO" said they do not have a relocation for me?

TRULINCS 24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

----------------------------------------------------------------------------

FROM: 24601081
TO: Camp Unit
SUBJECT: ***Request to Staff*** ANDREWS, THOMAS, Reg# 24601081, LOM-A-A
DATE: 08/17/2020 09:50:34 AM

To: Mrs. Carlon
Inmate Work Assignment: main-1

Hello, I talked to Mrs. Rhodes today and was told that we did not need the letter now from my daughter. I asked if "I need to sign any thing?" she said "No, that it is all up to the Correctional Programs Division". July 13, 2020 I was told that, " your are currently pending relocation. Once that is approved we can submit your RRC/HC for referral." Then on July 24, 2020, " Mr. Andrews has been reviewed and found eligible for CARES ACT [...] once that relocation comes back he will then be submitted to RRC/HC for referral."  Is that what we did and have I been submitted to the RRC? Thank you for your time,  Tom Andrews